**Order entered October 23, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00883-CV

### MARTHA BAILEY, Appellant

### V.

### ROBERT HASS AND CANDICE HAAS, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03564**

## ORDER

Before the Court is appellant's October 22, 2018 motion to extend time to file amended brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 6, 2018. We caution appellant that all further motions shall contain certificates of service and conference as required by the rules of appellate procedure. *See* TEX. R. APP. P. 9.5, 10.1.

/s/     DAVID EVANS
        JUSTICE